936

No. 513, Misc. Shotkin v. Black et al. Petition for appeal denied.

No. 671, Misc. Meeks v. Lainson, Warden;
No. 677, Misc. Campiglia v. Fay, Warden;
No. 693, Misc. MacGregor v. Florida et al.; and
No. 695, Misc. Devorse v. Ragen, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 827. Roviaro v. United States. C. A. 7th Cir. Certiorari granted. *Maurice J. Walsh* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 831. Ferguson v. Moore-McCormack Lines, Inc. C. A. 2d Cir. Certiorari granted. *George J. Engelman* for petitioner. *Wilbur E. Dow, Jr.* and *Frederick Fish* for respondent.

No. 244. Konigsberg v. State Bar of California et al. Petition for writ of certiorari to the Supreme Court of California granted. In addition to the merits, counsel are invited to consider, in their briefs and upon oral argument, the following questions relating to the jurisdiction of this Court:

(1) Were petitioner's claims under the United States Constitution duly raised before the Supreme Court of California?

(2) Was the Supreme Court of California's denial of a petition for a writ of review merely a refusal by that court to exercise its discretionary jurisdiction or is it to